IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **TREMAINE PACE**, | Civil File No. 11-00266-CV-W-DW |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **NCO FINANCIAL SYSTEMS, INC.**, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Tremaine Pace, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: June 17, 2011     By: /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
Telephone: (913) 451-9797
Facsimile: (913) 451-6163
MeinhardtLaw@sbcglobal.net
ATTORNEY FOR PLAINTIFF


Dated: June 17, 2011     By: /s/Richmond M. Enochs
Richmond M. Enochs, #36819
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
10111 West 87th Street
Overland Park, KS 66212
Telephone: (913) 888-1000
Facsimile: (913) 1065
REnochs@WallaceSaunders.com
ATTORNEY FOR DEFENDANT