IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| TREMAINE PACE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 11-00266-CV-W-DW |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

# ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 11). The parties stipulate that this case be dismissed with prejudice with each side to bear their own costs and attorneys' fees. Pursuant to the stipulation of the parties, the Court hereby

ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE, with each side to bear their own costs and attorneys' fees. See Fed. R. Civ. P. 41. The Clerk of Court shall mark this case as closed.

IT IS SO ORDERED.

Date:   June 22, 2011                                /s/ Dean Whipple
                                                      Dean Whipple
                                                United States District Judge